IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00016-PAB-MJW

ROBERT N. SCOTT and
CHARLES A. HOLDEN,

Plaintiff(s),

v.

AFFINITY GAMING, a Nevada Corporation, and
AFFINITY GAMING BLACK HAWK LLC, A Colorado Limited Liability Corporation,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling/Planning Conference (Docket No. 12) is granted.  Accordingly, the Scheduling Conference set on March 2, 2015, at 11:00 a.m. is VACATED and RESET on March 31, 2015, at 2:30 p.m.  The parties shall file their proposed Scheduling Order on or before March 24, 2015.

Date: February 19, 2015