# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  15-cv-00016-PAB-MJW                FTR - Courtroom A-502

**Date:**   March 31, 2015                                Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| ROBERT N. SCOTT, and<br>CHARLES A. HOLDEN,<br><br>        Plaintiff(s),<br><br>v.<br><br>AFFINITY GAMING, a Nevada Corporation, and<br>AFFINITY GAMING BLACK HAWK LLC,<br>a Colorado Limited Liability Company<br><br>        Defendant(s). | John A. Culver<br><br><br><br><br><br><br>Jennifer S. Harpole |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**    2:35 p.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding Defendants' Motion to Stay Proceedings Pending Investigation by the Equal Employment Opportunity Commission.

**It is ORDERED:**        DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING INVESTIGATION BY THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION [Docket No. **26**, filed March 31, 2015] is **DENIED** for reasons as set forth on the record.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **MAY 15, 2015**

Discovery Cut-off:   **OCTOBER 30, 2015**

Dispositive Motions Deadline:    **NOVEMBER 30, 2015**

Each side shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before JULY 30, 2015**
Parties shall designate rebuttal experts  **on or before AUGUST 31, 2015**

The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **AUGUST 28, 2015**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than OCTOBER 30, 2015.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits. Parties shall not use any duplicative exhibits.

**FINAL PRETRIAL CONFERENCE** set for   **JANUARY 28, 2016  at  9:00 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed **on or before JANUARY 21, 2016**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a five (5) day trial to a jury.
The Honorable Philip A. Brimmer will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **MARCH 31, 2015**

Hearing concluded.

**Court in recess:**    2:53 p.m.
Total in-court time: 00:18

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.